1  Grainne Callan, Bar No. 318962
   Grainne.Callan@callanlawoffice.com
2  GRAINNE CALLAN, ESQ.
   1030 E. El Camino Real
3  Suite #374
   Sunnyvale, California 94087
4  Telephone:   408-982-6224

5  Attorney For Plaintiff
   ANTHONY LOEK
6
   Monica M. Quinn, Bar No. 198332
7  mquinn@littler.com
   LITTLER MENDELSON, P.C.
8  633 West 5th Street
   63rd Floor
9  Los Angeles, California 90071
   Telephone:   213.443.4300
10 Fax No.:     213.443.4299

11 Don H. Nguyen, Bar No. 344350
   dhnguyen@littler.com
12 LITTLER MENDELSON, P.C.
   50 West San Fernando Street
13 7th Floor
   San Jose, California 95113
14 Telephone:   408.998.4150
   Fax No.:     408.288.5686
15
   Attorneys for Defendant
16 FANATICS RETAIL GROUP CONCESSIONS, LLC

17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19
                           SAN JOSE DIVISION
20

21

22  ANTHONY LOEK,                          Case No. 5:23-cv-00306-NC

23              Plaintiff,                 **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
        v.
24
    FANATICS RETAIL GROUP                  Date:    November 15, 2023
25  CONCESSIONS, LLC; and DOES 1 through   Time:    10:00 A.M.
    50, inclusive,                         Judge:   Nathanael M. Cousins
26                                         Courtrm.: 5
                Defendants.
27

28

ORDER GRANTING JOINT
STIPULATION FOR DISMISSAL WITH                                CASE NO. 5:23-CV-00306-NC
PREJUDICE

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

**ORDER**

The Court has reviewed the Joint Stipulation for Dismissal with Prejudice filed by Defendant FANATICS RETAIL GROUP CONCESSIONS, LLC and Plaintiff ANTHONY LOEK.

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated:   November 8, 2023

HON. _____



GRANTED
Judge Nathanael M. Cousins

4864-8216-1806.1 / 091385-1026

LITTLER MENDELSON, P.C.
Attorneys at Law
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 5:23-CV-00306-NC